**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY MILES, | Case No. EDCV 13-2318 CAS (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOE A. LIZARRAGA, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 6/22/15

_____

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE